United States Bankruptcy Court

Southern District of Mississippi

In re:  
Betty Jo McFarland  
    Debtor

Case No. 23-02837-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3  
Date Rcvd: Jun 13, 2025      Form ID: ntcdsm      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betty Jo McFarland, 400 Pearlwood Dr. Apt. 13, Pearl, MS 39208-3001 |
| 5309942 | + | Roby's Front End Servi, 5026 US 80, Pearl, MS 39208-4224 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 19:31:29 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5309925 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2025 19:31:28 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5324559 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 19:31:47 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5309926 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 13 2025 19:31:28 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5309930 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2025 19:27:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197 |
| 5309927 | + | EDI: CAPITALONE.COM | Jun 13 2025 23:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5309929 | + | EDI: PHINGENESIS | Jun 13 2025 23:24:00 | Celtic Bank Co, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 5309931 | + | EDI: WFNNB.COM | Jun 13 2025 23:24:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5309932 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2025 19:31:35 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5312964 | | EDI: DISCOVER | Jun 13 2025 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5309933 | + | EDI: DISCOVER | Jun 13 2025 23:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5309934 | + | EDI: PHINGENESIS | Jun 13 2025 23:24:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5368318 | | EDI: JEFFERSONCAP.COM | Jun 13 2025 23:24:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5314389 | + | Email/Text: inchargehq@westcreekfin.com | Jun 13 2025 19:27:00 | Koalafi, 424 Hull Street Suite 600, Richmond VA 23224-4114 |
| 5324503 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 19:31:44 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0538-3 | | User: mssbad | | Page 2 of 3 |
|---|---|---|---|---|
| Date Rcvd: Jun 13, 2025 | | Form ID: ntcdsm | | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5324240 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2025 19:31:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5309935 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 13 2025 19:27:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5309936 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2025 19:31:35 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5309937 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 19:27:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5311121 | + | EDI: AGFINANCE.COM | Jun 13 2025 23:24:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5333316 | | EDI: PRA.COM | Jun 13 2025 23:24:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5309938 | | EDI: SYNC | Jun 13 2025 23:24:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5329879 | | Email/Text: bankruptcy@qcholdings.com | Jun 13 2025 19:27:00 | QC Financial Services Inc., PO BOX 14948, Lenexa, KS 66285 |
| 5309928 | | Email/Text: bankruptcy@qcholdings.com | Jun 13 2025 19:27:00 | Car Title Loans, 1500 University Blvd, Ste C, Jackson, MS 39204 |
| 5330847 | | EDI: Q3G.COM | Jun 13 2025 23:24:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5325077 | | EDI: Q3G.COM | Jun 13 2025 23:24:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5311380 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 13 2025 19:27:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD SUITE B, GREER SC 29651-6819 |
| 5309941 | | Email/Text: bankruptcy@republicfinance.com | Jun 13 2025 19:27:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5311100 | | Email/Text: bankruptcy@republicfinance.com | Jun 13 2025 19:27:00 | Republic Finance, Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5309939 | | Email/Text: bankruptcy@regionalmanagement.com | Jun 13 2025 19:27:00 | Regional Finance, 2475 Lakeland Dr, Ste E, Flowood, MS 39232-9505 |
| 5309940 | + | Email/Text: bankruptcy@regionalmanagement.com | Jun 13 2025 19:27:00 | Regional Management, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5325046 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 19:31:44 | Resurgent Capital Services as, servicing agent for Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5309943 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2025 19:27:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5324098 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2025 19:27:00 | Santander Consumer USA, Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5309944 | + | EDI: SYNC | Jun 13 2025 23:24:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5309945 | | Email/Text: bknotice@upgrade.com | Jun 13 2025 19:27:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, 23rd Floor, San Francisco, CA 94111 |
| 5309946 | | Email/Text: bankruptcies@uplift.com | Jun 13 2025 19:27:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 5315910 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2025 19:27:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 5309947 | + | EDI: LCIUPSTART | Jun 13 2025 23:24:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: ntcdsm | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 5314682 | ^ MEBN | | | San Carlos, CA 94070-7503 |
| | | | Jun 13 2025 19:22:46 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5309948 | + EDI: AGFINANCE.COM | | Jun 13 2025 23:24:00 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5419235 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name**    **Email Address**

Andrew Roberts Norwood
on behalf of Defendant US Department of Education drew.norwood@usdoj.gov karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov

Kellie Grizzell
on behalf of Trustee Torri Parker Martin kgrizzell@tpmartinch13.com

Thomas Carl Rollins, Jr
on behalf of Plaintiff Betty Jo McFarland trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Betty Jo McFarland trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−02837−JAW
Chapter: 13

In re:
    Betty Jo McFarland
    400 Pearlwood Dr. Apt. 13
    Pearl, MS 39208

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−4241

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 13, 2025.

Dated: 6/13/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600